**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6761**

———————

RICKEY MAZIQUE,

Petitioner - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; BUREAU OF
PRISONS; MICKEY E. RAY,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Cameron McGowan Currie, District
Judge. (CR-95-19, CA-00-391-9-22RB)

———————

Submitted: September 8, 2000      Decided: September 18, 2000

———————

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Rickey Mazique, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rickey Mazique appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mazique v. United States Dep't of Justice, Nos. CR-95-19; CA-00-391-9-22RB (D.S.C. Mar. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED